**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**JOSEPH LEE CAULLEY,**

                          **Plaintiff,**

**-vs-**                                    **Case No.  3:21-CV-76**

**DOLLAR TREE CORPORATION,**

                          **Defendant.**
_____

**ORDER GRANTING MOTION TO DISMISS: TERMINATION ENTRY**

        Upon motion by the Plaintiff Joseph Lee Caulley, the above-captioned case against the

Defendants is hereby DISMISSED with prejudice.

        **DONE** and **ORDERED** in Dayton, Ohio on this 24th day of March, 2021.


                                    *s/ Thomas M. Rose*

                                    _____
                                    THOMAS M. ROSE
                                    UNITED STATES DISTRICT JUDGE